**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** 8:06-cv-2032-T-23TGW | **DATE:** July 21, 2008 |
|---|---|
| **HONORABLE STEVEN D. MERRYDAY** | |
| **RANTI ARYANI,**<br>    Plaintiff,<br>**v.** | **PLAINTIFF'S COUNSEL**<br><br>Peter Helwig |
| **VALLEY FORGE DENTAL OF FLORIDA, P.A.,**<br>    Defendant | **DEFENSE COUNSEL**<br><br>Randall Lord |
| **COURT REPORTER:** Kerry Mercade | **DEPUTY CLERK:** Terese Dear |
| **TIME:**  9:36 a.m. - 9:50 a.m.<br>10:09 a.m. - 12:29 p.m.<br>12:47 p.m. - 1:21 p.m.<br><br>**TOTAL:** | **COURTROOM:** 15A |

**PROCEEDINGS:    JURY SELECTION**

Eight jurors selected.

Proceedings recessed until 9:00 a.m. on July 22, 2008.